**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Javier Mendoza CUEVAS,
Defendant–Appellant.**

**No. 09–10009.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed July 1, 2011.

John Robert Lopez, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Florence Bruemmer, Law Offices of Florence M. Bruemmer, PC, Anthem, AZ, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Javier Mendoza Cuevas appeals from his guilty-plea conviction and 144–month sentence imposed for conspiracy to cultivate more than 1000 marijuana plants, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(vii), and (b)(5). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mendoza Cuevas's counsel has filed a brief stating there are no grounds for relief, along with a

motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.